IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO STATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-868-TMH |
| | ) | [WO] |
| GOV. ROBERT BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on October 4, 2012.  At the time he filed this suit, Plaintiff was incarcerated at the Elmore Correctional Facility located in Elmore, Alabama.  On October 9, 2012, the court entered an order, a copy of which was mailed to Plaintiff.  This order was returned to the court marked as undeliverable  because Plaintiff is no longer at the service address he provided to the court when he filed the instant complaint.

All parties have an affirmative duty to inform the court of any change of address during the pendency of their cases.  Accordingly, on October 23, 2012, the court  entered an order directing Plaintiff to provide the court with his present address on or before October 30, 2012.  (*Doc. No. 4*.)  Plaintiff was cautioned that his failure to comply with the court's October 23 order would result in a recommendation that this complaint be dismissed.  (*Id.*) Plaintiff has filed no response.

As it appears clear that Plaintiff is no longer residing at the most recent service address he provided to the court, and that he has not provided this court with a new address

for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

It is further

ORDERED that on or before **December 18, 2012,** Plaintiff may file an objection to the  Recommendation.  Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 4th day of December, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE